LOUIS F. MENAGE *vs.* L. D. NEWCOMB and another.

January 29, 1885.

Judgment for Costs—Payment to Clerk.—To an action upon an under-
taking, (given upon appeal to this court,) to recover the amount of a
judgment in respondent's favor, payment to the clerk of his fees included
in the judgment, unless authorized or sanctioned by the respondent, is
not a defence.

Appeal by defendants from a judgment of the municipal court of
Minneapolis.

*Geo. N. Baxter* and *C. F. Baxter,* for appellants.

*Edward Savage,* for respondent.

BERRY, J.   This is an action against defendants as sureties upon
two undertakings executed upon two appeals to this court from or-
ders of the district court.   Each is conditioned that the appellants
named therein "shall pay the costs of said appeal   *   *   *   if said
order, or any part thereof, is affirmed, or said appeal dismissed, and
shall abide and satisfy the judgment or order which the appellate
court may give therein."   One of the appeals was dismissed, and the
order appealed from in the other affirmed.   In each, judgment was
entered here in plaintiff's favor for the taxed costs of appeal.   There-
upon, by the terms of their "undertakings," the defendants became
liable to pay the amount of the two judgments *to the plaintiff*.   *Pay-
ment to the clerk* of this court of his fees embraced in the judgments,
unless authorized or sanctioned by plaintiff, was not *payment to plain-
tiff,* and therefore not available as a defence, partial or otherwise,
to an action upon the undertakings.   With these views the judgment
of the court below accords, and it is therefore affirmed.